**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: LAYA, SHERWIN | § Case No. 10-74931 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/27/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 05/16/2011         By: /s/JOSEPH D. OLSEN_____
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LAYA, SHERWIN | § | Case No. 10-74931 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 6,600.04

*and approved disbursements of*     $ 0.00

*leaving a balance on hand of* [1]     $ 6,600.04

**Balance on hand:**     $ 6,600.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 6,600.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,045.80 | 0.00 | 1,045.80 |
| Trustee, Expenses - JOSEPH D. OLSEN | 140.44 | 0.00 | 140.44 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 925.00 | 0.00 | 925.00 |

Total to be paid for chapter 7 administration expenses:    $ 2,111.24
Remaining balance:    $ 4,488.80

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,488.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,488.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,067.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 977.28 | 0.00 | 977.28 |
| 2 | Verizon Wireless | 874.57 | 0.00 | 874.57 |
| 3 | American InfoSource LP as agent for | 216.01 | 0.00 | 216.01 |

Total to be paid for timely general unsecured claims: $ 2,067.86
Remaining balance: $ 2,420.94

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 2,420.94

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 2,420.94

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $4.10. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $2,416.84.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 10-74931-MB
Sherwin Laya                                                  Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-3        User: lorsmith              Page 1 of 1            Date Rcvd: Jun 02, 2011
                            Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2011.
db           +Sherwin Laya,    10 Parkside Court,    Algonquin, IL 60102-6828
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +John J Lynch,    Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 152,
               Lisle, IL 60532-1396
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16226528     +Advance America,    150 S Kennedy Dr., Ste. 59,    Carpentersville, IL 60110-2091
16226530     +Condell Medical Center,    c/o Harris & Harris, Ltd,    222 Merchandise Mart Plaza, # 1900,
               Chicago, IL 60654-1421
16226531      Credit World,    6000 Martway,    Mission, KS 66202-3389
16226532     +Fastandreliablecash.com,    2207 Concord Pike, Ste. 946,    Wilmington, DE 19803-2908
16226533     +Hfc,   Po Box 3425,    Buffalo, NY 14240-3425
16226534     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16226538     +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
16226539     +T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
16226540     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
16226541      USA Title Loans,    4572 Potter Road,    Des Plaines, IL 60016
16226543     +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16905971      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 01:53:03
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
16591880      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 02:03:10
               American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
16226529     +Fax: 602-221-4614 Jun 02 2011 23:02:07     Chase Auto Finance,    PO Box 29505,
               Phoenix, AZ 85038-9505
16226535     +Fax: 847-227-2151 Jun 02 2011 23:22:14     Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
16226537     +E-mail/Text: bankruptcy@thinkcash.com Jun 02 2011 22:45:12      Paydayone.com,
               2207 Concord Pike, #604,    Wilmington, DE 19803-2908
16858595     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 03 2011 02:04:09      Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
16226542     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 03 2011 02:04:10      Version Wireless,
               777 Big Timber Road,    Elgin, IL 60123-1401
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16226536    ##+Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2011**              **Signature:**     *Joseph Speetjens*