# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LAYA, SHERWIN              § Case No. 10-74931
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $22,100.00                 Assets Exempt: $11,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,071.96   Claims Discharged
                                             Without Payment: $86,074.00

Total Expenses of Administration: $2,111.24

---

   3) Total gross receipts of $ 6,600.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,416.84 (see **Exhibit 2**), yielded net receipts of $4,183.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,955.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,111.24 | 2,111.24 | 2,111.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,074.00 | 2,071.96 | 2,071.96 | 2,071.96 |
| **TOTAL DISBURSEMENTS** | $89,029.00 | $4,183.20 | $4,183.20 | $4,183.20 |

   4) This case was originally filed under Chapter 7 on October 01, 2010. The case was pending for 12 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2011          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Toyota Camry LE Joint with Spouse - Ria Hyc | 1129-000 | 6,600.00 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$6,600.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LAYA, SHERWIN | Dividend paid 100.00% on $2,416.84; Claim# SURPLUS; Filed: $2,416.84; Reference: | 8200-000 | 2,416.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,416.84** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | USA Title Loans | 4110-000 | 2,955.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,955.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,045.80 | 1,045.80 | 1,045.80 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 140.44 | 140.44 | 140.44 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 925.00 | 925.00 | 925.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims | |
|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 0.57 | 0.57 | 0.57 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.57 | -0.57 | -0.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,111.24 | 2,111.24 | 2,111.24 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 977.28 | 977.28 | 977.28 |
| 1I | American Infosource Lp As Agent for | 7990-000 | N/A | 1.94 | 1.94 | 1.94 |
| 2 | Verizon Wireless | 7100-000 | N/A | 874.57 | 874.57 | 874.57 |
| 2I | Verizon Wireless | 7990-000 | N/A | 1.73 | 1.73 | 1.73 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 216.01 | 216.01 | 216.01 |
| 3I | American InfoSource LP as agent for | 7990-000 | N/A | 0.43 | 0.43 | 0.43 |
| NOTFILED | Ocwen Loan Servicing L | 7100-000 | 53,188.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | Paydayone.com | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 2,222.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 895.00 | N/A | N/A | 0.00 |
| NOTFILED | Version Wireless | 7100-000 | 700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wff Cards | 7100-000 | 3,037.00 | N/A | N/A | 0.00 |
| NOTFILED | Hfc | 7100-000 | 16,881.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Management | 7100-000 | 231.00 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 7100-000 | 5,531.00 | N/A | N/A | 0.00 |
| NOTFILED | Fastandreliablecash.com | 7100-000 | 508.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit World | 7100-000 | 709.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance America | 7100-000 | 906.00 | N/A | N/A | 0.00 |
| NOTFILED | Condell Medical Center c/o Harris & Harris, Ltd | 7100-000 | 224.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 86,074.00 | 2,071.96 | 2,071.96 | 2,071.96 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74931  
**Case Name:** LAYA, SHERWIN  

**Period Ending:** 09/29/11

**Trustee:**    (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/01/10 (f)  
**§341(a) Meeting Date:** 11/08/10  
**Claims Bar Date:** 03/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking / Savings Account at National City | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc Household Goods and Furniture located at - | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal Clothing of Debtor | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401K Accounts at Advocate Health Care | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2004 Toyota Sequoia | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2007 Toyota Camry LE Joint with Spouse - Ria Hyc | 9,000.00 | 6,000.00 | | 6,600.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | FA |
| 8 | **Assets   Totals** (Excluding unknown values) | **$31,100.00** | **$6,000.00** | | **$6,600.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    May 24, 2011  (Actual)

Printed: 09/29/2011 12:10 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74931  
**Case Name:** LAYA, SHERWIN  

**Taxpayer ID #:** **-***3178  
**Period Ending:** 09/29/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/11 | {7} | Sherwin A. Laya | equity in 07 Toyota Camry | 1129-000 | 6,600.00 | | 6,600.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 6,600.02 |
| 05/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 6,600.04 |
| 05/13/11 | | To Account #9200******6566 | Prep. of F. Rpt. | 9999-000 | | 6,600.04 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 6,600.04 | 6,600.04 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,600.04 | |
| **Subtotal** | **6,600.04** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,600.04** | **$0.00** | |

{} Asset reference(s)

Printed: 09/29/2011 12:10 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-74931 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LAYA, SHERWIN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******65-66 - Checking Account |
| Taxpayer ID #: | **-***3178 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/29/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/13/11 | | From Account #9200******6565 | Prep. of F. Rpt. | 9999-000 | 6,600.04 | | 6,600.04 |
| 06/28/11 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $925.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 925.00 | 5,675.04 |
| 06/28/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $140.44, Trustee Expenses;  Reference: | 2200-000 | | 140.44 | 5,534.60 |
| 06/28/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,045.80, Trustee Compensation;  Reference: | 2100-000 | | 1,045.80 | 4,488.80 |
| 06/28/11 | 104 | LAYA, SHERWIN | Dividend paid 100.00% on $2,416.84; Claim# SURPLUS; Filed: $2,416.84; Reference: | 8200-000 | | 2,416.84 | 2,071.96 |
| 06/28/11 | 105 | American InfoSource LP as agent for | Combined Check for Claims#3,3I | | | 216.44 | 1,855.52 |
| | | | Dividend paid 100.00%   216.01 on $216.01;  Claim# 3; Filed: $216.01 | 7100-000 | | | 1,855.52 |
| | | | Dividend paid 100.00%   0.43 on $0.43;  Claim# 3I; Filed: $0.43 | 7990-000 | | | 1,855.52 |
| 06/28/11 | 106 | American Infosource Lp As Agent for | Combined Check for Claims#1,1I | | | 979.22 | 876.30 |
| | | | Dividend paid 100.00%   977.28 on $977.28;  Claim# 1; Filed: $977.28 | 7100-000 | | | 876.30 |
| | | | Dividend paid 100.00%   1.94 on $1.94;  Claim# 1I; Filed: $1.94 | 7990-000 | | | 876.30 |
| 06/28/11 | 107 | Verizon Wireless | Combined Check for Claims#2,2I | | | 876.30 | 0.00 |
| | | | Dividend paid 100.00%   874.57 on $874.57;  Claim# 2; Filed: $874.57 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   1.73 on $1.73;  Claim# 2I; Filed: $1.73 | 7990-000 | | | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 0.57 | -0.57 |
| 08/02/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.57 | 0.00 |

|  |  | ACCOUNT TOTALS | 6,600.04 | 6,600.04 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 6,600.04 | 0.00 | |
|  |  | Subtotal | 0.00 | 6,600.04 | |
|  |  | Less: Payments to Debtors | | 2,416.84 | |
|  |  | NET Receipts / Disbursements | $0.00 | $4,183.20 | |

{} Asset reference(s)                                      Printed: 09/29/2011 12:10 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-74931  
**Case Name:** LAYA, SHERWIN  

**Taxpayer ID #:** **-***3178  
**Period Ending:** 09/29/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    6,600.04  
─────────────  
Net Estate :    $6,600.04

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******65-65** | 6,600.04 | 0.00 | 0.00 |
| **Checking # 9200-******65-66** | 0.00 | 4,183.20 | 0.00 |
| | $6,600.04 | $4,183.20 | $0.00 |

{} Asset reference(s)    Printed: 09/29/2011 12:10 PM    V.12.57